

# NUMBER 13-19-00310-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

GORDON DEAN HALEY,                                                          Appellant,

v.

NAVY ARMY FEDERAL
CREDIT UNION,                                                                  Appellee.

### On appeal from the 148th District Court
### of Nueces County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Silva**
**Memorandum Opinion by Justice Benavides**

This matter is before the Court on its own motion. On September 2, 2019, we abated this cause, pursuant to a notice of bankruptcy. On April 16, 2021, we granted appellee's motion to lift abatement, reinstated the case, and notified appellant that appellant's brief was now due May 6, 2021. On May 19, 2021, the clerk of the court notified appellant that, pursuant to Tex. R. App. P. 38.8(a)(1), the appeal was subject to

dismissal for want of prosecution, unless appellant provided reasonable explanation for his failure to timely file a brief within ten days.

Appellant has neither reasonably explained his failure to file a motion for extension of time nor filed his brief. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b),(c).

GINA M. BENAVIDES
Justice

Delivered and filed on the
15th day of July, 2021.